

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00874-CR

The **STATE** of Texas,
Appellant

v.

Vicente Oropeza **DOMINGUEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13761CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting Vicente Oropeza Dominguez habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 17, 2024

Luz Elena D. Chapa, Justice